JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| KERACELL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AESTHETICALLY CORRECT, LLC, an Arizona limited liability company, and KRISTIN M. SADDLER, an individual;<br><br>Defendants.<br>AND RELATED COUNTER-CLAIMS | Civil Action No.: 8:18-CV-1793-AG-ADS<br>Assigned to: Hon. Andrew Guilford<br>Courtroom: 10D<br><br>**ORDER:**<br>   1. **Dismissing All Claims of All Parties With Prejudice;**<br>   2. **Dissolving Preliminary Injunction; and**<br>   3. **Exonerating Injunction Bond of Plaintiff**<br><br>**Discovery Cutoff Date: 12/2/2019**<br>**Pretrial Conference Date: 2/24/2020**<br>**Trial Date: 3/3/2020**<br><br>**Complaint Filed: 10/3/18** |

# **ORDER**

The Joint Stipulation of All Parties in this matter was filed with this Court on September 20, 2019.

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1);
2. The Preliminary Injunction entered in favor of Plaintiff on December 7, 2018, is hereby dissolved;
3. The Injunction Bond posted by Plaintiff is now exonerated; and
4. This Court shall retain jurisdiction to enforce the settlement agreement.

DATED: September 20, 2019      _____
United States District Court Judge

CC: Fiscal